AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Donald Ross Workman Jr.<br><br>*Defendant* | Case: 1:24-mj-00241<br>Assigned to: Judge Faruqui, Zia M.<br>Assign Date: 8/6/2024<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Donald Ross Workman Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) -- Assaulting, Resisting, or Impeding Certain Officers,
18 U.S.C. § 231(a)(3) -- Civil Disorder,
18 U.S.C. § 1752(a)(1) -- Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) -- Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) -- Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(F) -- Act of Physical Violence in the Capitol Grounds or Buildings

Date: 08/06/2024

2024.08.06 15:30:07 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8/8/2024, and the person was arrested on *(date)* 8/19/2024
at *(city and state)* Hereford, TX.

Date: 8/19/2024

*Arresting officer's signature*

Special Agent Joshua Motto
*Printed name and title*